```
DISTRICT COURT OF THE VIRGIN ISLANDS
       DIVISION OF ST. CROIX
```

**UNITED STATES OF AMERICA,**

       Plaintiff,                MAGISTRATE NO. 2010/0042

vs                                      VIOLATION OF CLOSURE

**ABDUL AL-AIDAY,**
       Defendant(s)

### MEMORANDUM RECORD OF PROCEEDING

Defendant appeared before George W. Cannon, Jr Magistrate Judge on the 12th day of NOVEMBER, 2010 at 09:00 A.M., (after) the filing of the complaint/information/indictment in the above cause, a copy of which (was)(was not) given to the defendant. The defendant was informed of the complaint and constitutional rights and statutory rights including:

(X) Right to counsel of own choosing; (X) Right to remain silent; if a voluntary statement is made, it could be used against him/her; (X) Right to preliminary examination; (X) Right to bail.

The defendant was also advised that if he/she is unable to hire a lawyer that one would be provided without cost; You have a right to talk to the lawyer before answering questions and to have the lawyer present during any questioning or statement which may be made; and that if willing to make a statement, You have the right to stop at any time they wish; You have a right to obtain assistance of the court's officers in serving witnesses on defendant's behalf. At the time of appearance, defendant (was)(was not) in custody.

### O R D E R

Upon the record of proceeding, it is hereby;

ORDERED THAT DEFENDANT BE RELEASED FROM CUSTODY UPON EXECUTION OF:

- ☐ An unsecured Appearance Bond in the amount of $10,000.00.
- ☐ An Appearance Bond in the amount of $ 25,000.00 with security of ten percent (10%) of the face amount of the bond.
- ☐ Bail Bond with one or more sureties or deposit of cash in lieu thereof, in the amount of $_____.

- ☐ Other conditions: Defendant to report to the U.S. Probation Office;
- ☐ Obey all the law of the United States and the U.S. Virgin Islands.
- ☐ Non Jury Trial scheduled for _____ before Magistrate Cannon.

Advice of Rights held November 12, 2010. Arraignment and Custodial Hearing scheduled for November 15, 2010 at 9:30 a.m. Bond posted in Florida to be transferred to St. Croix Court.

Page 2
Minutes of Proceedings
USA vs. ABDUL AL-AIDAY
CRIM. NO. 2010/0042

Attorney <u>Emile Henderson, Esq.</u> - appointed to represent defendant.

Dated: 11/12/2010

_____
George W. Cannon, Jr.
U.S. Magistrate Judge

I certify that I truly and accurately interpreted the statement of the Judge from English to _____ a language which the defendant understands.

_____
Interpreter

Defendant's Date of Birth: _____ Age: _____

Residence Address: _____

Mailing Address: _____

City: _____

Island (State): _____

Home Phone: _____ Business Phone: _____

Arresting Officer: _____

Date of Arrest: _____ N/A _____